# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| FIDEL GONZALES-SARDINA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JEFF SESSIONS, ) <br> ) <br> Respondent. ) | Case No.: 4:18-cv-00330-MHH-JHE |

## MEMORANDUM OPINION

On March 1, 2018, petitioner Fidel Gonzales-Sardina filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). When he filed his petition, Mr. Gonzales-Sardina, a native of Cuba, was incarcerated at the Etowah County Detention Center, in the custody of the Bureau of Immigration and Customs Enforcement ("ICE"). In his petition, Mr. Gonzales-Sardina alleged that he was being illegally detained by ICE pending his deportation to Cuba. On March 16, 2018, Mr. Gonzales-Sardina was released from ICE custody. (Doc. 4; Doc. 4-1). The respondent has filed a motion to dismiss this action as moot because Mr. Gonzales-Sardina no longer is in ICE custody. (Doc. 4).

Article III of the Constitution limits the jurisdiction of federal courts to the consideration of "cases or controversies." U.S. CONST. art. III, § 2. The doctrine of mootness is derived from this limitation because "an action that is moot cannot

be characterized as an active case or controversy." *Adler v. Duval Cnty. Sch. Bd.*, 112 F.3d 1475, 1477 (11th Cir. 1997). A court must dismiss a case as moot if the court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Gonzales-Sardina seeks to be released from ICE custody. Because Mr. Gonzales-Sardina no longer is in ICE custody, the Court cannot provide meaningful relief, and Mr. Gonzales-Sardina's petition is moot. Accordingly, the Court will grant the respondent's motion to dismiss.

The Court will enter a separate final order.

**DONE** and **ORDERED** March 30, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE